1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8
9

PAUL GUTIERREZ MORENO,

Case No.  1:15-cv-00196-SKO

10            Plaintiff,

**ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME**

11     v.

12                                                (Doc. 15)

CAROLYN W. COLVIN,
13   Acting Commissioner of Social Security,

14            Defendant.

15   _____/

16

17          On September 29, 2015, the parties filed a stipulated request that Plaintiff be granted an

18   extension of time to file his opening brief.  (Doc. 15.)   This is Plaintiff's first request for an

     extension of time.
19

20          Accordingly, IT IS HEREBY ORDERED that:

21          1.      Plaintiff shall file an opening brief on or before October 28, 2015;

22          2.      Defendant shall file a responsive brief on or before December 3, 2015; and

23          3.      Plaintiff may file an optional reply brief on or before December 21, 2015.

24   IT IS SO ORDERED.

25   Dated:   **September 30, 2015**                        **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28