BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MORENO, | Case No. 1:15-cv-00196-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR AN EXTENSION OF 60 DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF** |
| v. | |
| CAROLY W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 60 days to file her Opposition to Plaintiff's Opening Brief.  This is Defendant's first request for extension.  The additional time requested is due to Defendant's counsel's exceptionally heavy workload at this time, including an employment law matter in active litigation before the Equal Employment Opportunity Commission that requires out of state travel this week.  Also this week, Defendant's counsel has two other district court briefing deadlines and a hearing in district court.  Defendant's counsel has as an additional 10 district court filing deadlines this month as well.  The time requested is needed to adequately

research the issues Plaintiff has presented. The current due date is December 3, 2015. The new due date will be February 2, 2016.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 1, 2015            */s/ \*Monica Perales*
                                   (*as authorized by email on Dec. 1, 2015)
                                   MONICA PERALES
                                   Law Offices of Lawrence D. Rohlfing
                                   Attorney for Plaintiff


Dated: December 1, 2015            BENJAMIN B. WAGNER
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Acting Regional Chief Counsel, Region IX,
                                   Social Security Administration

                          By:      */s/ Jennifer A. Kenney*
                                   JENNIFER A. KENNEY
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant


**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before February 2, 2016; and

2. Plaintiff may file an optional reply brief on or before February 17, 2016.

IT IS SO ORDERED.

Dated:   **December 1, 2015**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE