BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MORENO, | Case No. 1:15-cv-196-SKO |
|     Plaintiff, | **STIPULATION AND ORDER FOR AN EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief. This is Defendant's second request for extension. The additional time requested is due to an unexpected and significant increase in Defendant's counsel's already exceptionally heavy workload. In particular, Defendant's counsel is scheduled for an oral argument before the Ninth Circuit Court of Appeals in Pasadena next week and the following week she has 10 depositions scheduled in Arizona for an employment law matter. This is in addition to a Ninth Circuit Appellate brief and eight other district court briefing deadlines this month. Defendant's

counsel sincerely apologizes for any inconvenience to the Court and parties and expects no further extensions will be necessary.  The current due date is February 2, 2016.  The new due date will be March 3, 2016.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 1, 2016                /s/ *Monica Perales
                                       (*as authorized by email on Feb. 1, 2016)
                                       MONICA PERALES
                                       Law Offices of Lawrence D. Rohlfing
                                       Attorney for Plaintiff

Dated: February 1, 2016                BENJAMIN B. WAGNER
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Acting Regional Chief Counsel, Region IX,
                                       Social Security Administration

                          By:          /s/  Jennifer A. Kenney
                                       JENNIFER A. KENNEY
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant shall file an opposition to Plaintiff's opening brief by no later than March 3, 2016, and Plaintiff may file an optional reply brief by no later than March 18, 2016.

IT IS SO ORDERED.

Dated:   **February 1, 2016**                    /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE